■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIGNO MEJIA, Appellant. [855 NYS2d 410]—Judgment of resentence, Supreme Court, New York County (William A. Wetzel, J.), rendered on or about August 28, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Friedman, Sweeny and Moskowitz, JJ.